CLOSED

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                    :
                                                 Crim. Action No. 98-526-02
                                            :
            Plaintiff(s)
                                            :

            v.                                         O R D E R
                                            :

YASMIN INDELICATO
                                            :
            Defendant(s)
                                            :

    It appearing that a motion for Writ of Error Coram Norbis
having been filed on February 29, 2008;

    It further appearing that an Order Vacating Conviction and
granting the Motion for Writ having been filed on March 3, 2008;

            It is on this 27th  day of March 2008,

            ORDERED that this case is closed and shall be
removed from the Court's active docket.


                                   _____
                                   DICKINSON R. DEBEVOISE, U.S.S.D.J.